United States Court of Appeals

For the Eighth Circuit

_____

No. 23-1668

_____

Bryon B. Nevius

*Plaintiff - Appellant*

v.

JP Morgan Chase Bank, N.A.; Millsap & Singer, LLC; Scott Donald Mosier;
Jennifer A. Donnelli; Michelle M. Masoner

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: January 25, 2023
Filed: January 30, 2024
[Unpublished]

_____

Before GRUENDER, SHEPHERD, and KOBES, Circuit Judges.

_____

PER CURIAM.

Bryon Nevius appeals the district court's[1] dismissal of his pro se complaint raising claims under federal and state law.  Following a careful review, we conclude that the district court did not err in dismissing the case.  See Plymouth Cty. v. Merscorp, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (de novo review).  Accordingly, we grant appellees' pending motion to take judicial notice of another action, and affirm.  See 8th Cir. R. 47B.

_____

---

[1]The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.